JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGENT MORTGAGE COMPANY, LLC, a Delaware limited liability company; and TEAM RAHAL, INC., an Ohio Corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EDWARD MCCAIN, an individual; et al.,<br><br>    Defendants. | Case No. SACV 06-749 CJC (RNBx)<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL** |
| AND RELATED COUNTERCLAIMS. | |

1    The following parties enter into the stipulation to dismiss the claims and
2    counterclaims filed in this matter on June 30, 2008:
3    1)    Plaintiff and counterclaim defendant Argent Mortgage Company, LLC
4    ("Argent"), represented by Michael Wachtell, Esq., of Buchalter Nemer;
5    2)    Plaintiff and counterclaim defendant Team Rahal, Inc. ("Rahal"),
6    represented by Henry Truszkowski, Esq., of Hewitt & Truszkowski;
7    3)    Defendant and counterclaimant Edward McCain ("McCain"),
8    represented by John Pelosi, Esq., of Pelosi, Wolf, Effron & Spates LLP; and
9    4)    Defendants Mark Borchetta, an individual; Borchetta Marketing
10   Group; Borchetta, Wentworth & Associates; Borchetta & Wentworth Advertising;
11   Borchetta Arts & Productions; and The Creative Department, LLC dba Borchetta
12   Marketing Group (collectively referred to as "Borchetta"), represented by Jay M.
13   Coggan, Esq., of Coggan & Tarlow:
14   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the parties
15   to this action stipulated to the following:
16   1)    That each of Argent's claims against McCain and each of Argent's
17   counterclaims against Borchetta are dismissed with prejudice;
18   2)    That each of Rahal's claims against McCain are dismissed with
19   prejudice; and
20   3)    That each of McCain's claims against Argent and Rahal are dismissed
21   with prejudice.
22   IT IS ORDERED THAT stipulation for dismiss is entered and the Court
23   further orders as follows:
24   1)    That each of Argent's claims against McCain and each of Argent's
25   counterclaims against Borchetta are dismissed with prejudice;
26   2)    That each of Rahal's claims against McCain are dismissed with
27   prejudice; and
28   ///

1       3)     That each of McCain's claims against Argent and Rahal are dismissed
2 with prejudice.

3     IT IS SO ORDERED.

4 DATED: July 10, 2008

_____
THE HONORABLE CORMAC J. CARNEY
JUDGE, UNITED STATES DISTRICT COURT

Respectfully submitted by:

BUCHALTER NEMER
A Professional Corporation
   MICHAEL L. WACHTELL (SBN: 47218)
   RICHARD P. ORMOND (SBN: 207442)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
E-mail: mwachtell@buchalter.com
E-mail: rormond@buchalter.com

Attorneys for Plaintiff and Counterclaim Defendant
Argent Mortgage Company, LLC